

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

NOV 2 0 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO: 6:25-CR- 128 |
| v. | § | JUDGES JCB-JDL |
| | § | |
| RODERICK SHELSBY HOWARD | § | SEALED |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

<u>Violation</u>: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about August 20, 2025, in the Eastern District of Texas, defendant,

**Roderick Shelsby Howard**, did knowingly possess, in or affecting interstate or foreign

commerce, a firearm, namely a L.W. Seecamp, model LWS, .32 caliber pistol, while

knowing he had been convicted of an offense punishable by a term of imprisonment

exceeding one year, specifically Possession of a Controlled Substance, a felony, in the

188th District Court of Gregg County, Texas, in cause number 47702-A, on or about

February 5, 2019.

In violation of 18 U.S.C. § 922(g)(1).

Indictment - Page 1

## COUNT TWO

Violation: 18 U.S.C. § 922(g)(9)
(Prohibited Person in Possession of a Firearm)

On or about August 20, 2025, in the Eastern District of Texas, the defendant, **Roderick Shelsby Howard**, did knowingly possess, in or affecting interstate or foreign commerce, a firearm, namely a L.W. Seecamp, model LWS, .32 caliber pistol, while knowing he had been convicted of a misdemeanor crime of domestic violence, specifically Assault Causing Bodily Injury Family Violence, in the County Court at Law No. 1 in Gregg County, Texas, in cause number 2013-0099, on or about January 17, 2013.

In violation of 18 U.S.C. § 922(g)(9).

**Indictment - Page 2**

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violations;

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

**Firearms and Ammunition:**

Any and all firearms, ammunition and accessories, including, but not limited to, the following:

A L.W. Seecamp, model LWS, .32 caliber pistol.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
ACTING U.S. ATTORNEY

_____
EMIL MELCHIOR MIKKELSEN
Assistant United States Attorney

_____     11/20/25
Date

Indictment - Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO: 6:25-CR-_____ |
| v. | § | JUDGES _____ |
| | § | |
| RODERICK SHELSBY HOWARD | § | SEALED |

## NOTICE OF PENALTY

### COUNT ONE

Violation:         18 U.S.C. § 922(g)(1)

Penalty:          Imprisonment for not more than 15 years, a fine not to
                  exceed $250,000, or both, and supervised release of
                  not more than 3 years

Special Assessment:   $100.00

### COUNT TWO

Violation:         18 U.S.C. § 922(g)(9)

Penalty:          Imprisonment for not more than 15 years, a fine not
                  to exceed $250,000, or both, and supervised release of
                  not more than 3 years.

Special Assessment:   $100.00

Indictment - Page 4